UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT LEE HARDING,<br><br>          Plaintiff,<br><br>     v.<br><br>SCOTT R. JONES, et al.,<br><br>          Defendants. | No. 2:15-cv-1364 CKD P<br><br><br>ORDER |

Plaintiff is a county jail inmate, proceeding pro se and in forma pauperis, who seeks relief pursuant to 42 U.S.C. § 1983.  On July 10, 2015, plaintiff's complaint was dismissed with thirty days' leave to amend.  (ECF No. 5.)  Plaintiff has filed an amended complaint, now before the court, and a motion for temporary relief.  (ECF Nos. 7 & 8.)  Plaintiff has consented to Magistrate Judge jurisdiction over all proceedings in this action.  (ECF No. 4.)

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1), (2).

Having reviewed the amended complaint, the undersigned concludes that it fails to cure the defects of the original complaint as discussed in the July 10, 2015 screening order.  Because it

appears that another round of amendment would be futile, the undersigned will dismiss this action for failure to state a claim.

Plaintiff's motion is a request for preliminary injunctive relief. (ECF No. 8.) As plaintiff has not stated a claim against any defendant, this motion will be denied.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to state a claim.

Dated:  September 3, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / hard1364.fac